UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

[ ] Benton     [X] East St. Louis

[X] Initial Appearance    [ ] Arraignment    [ ] Change of Plea    [ ] Plea to Information

**CRIMINAL NO.** 05-MJ-6095-CJP-001     **DATE:** October 24, 2008
**U.S.A. vs. COREY WHYLIE**     **JUDGE:** Donald G. Wilkerson
    [X] Present    [ ] Custody    [ ] Bond     **DEPUTY:** Jackie Payton
**DEFT. COUNSEL:** Julie Morian     **REPORTER:** Daveanna Ramsey
    [X] Present    [ ] Apptd.    [ ] Retained    [ ] Waived    **Start Time:** 10:25 a.m.    **End Time:** 10:35 a.m.
**GOVT. COUNSEL:** Bruce Reppert

[X] Defendant sworn
    [ ] Federal Public Defender appointed for all proceedings.
    [ ] Panel Attorney appointed for today only/ all proceedings.
[X] Defendant waives reading of Indictment.    [ ] Indictment read to defendant
[X] Defendant advised of constitutional rights    [X] Defendant advised of charges and penalties.
[X] Defendant arraigned on    [X] Indictment    [ ] Information
[X] Plea:    [ ] Guilty as to Count(s) _____.
          [X] Not Guilty as to Counts __1 through 6 of the Complaint__.
          [ ] Nolo Contendere as to Count(s) _____.
[ ] No Plea Agreement    [ ] Plea Agreement    [ ] Oral    [ ] Written
[X] Order for Pretrial Discovery and Inspections entered, filed and distributed.
[ ] Final pretrial conference set for _____ **at** _____ before Judge _____ in East St. Louis, IL
[ ] Jury Trial set for _____ **at** _____ before _____ in East St. Louis, IL
[ ] Bond set at _____ secured/unsecured. (See Order Setting Conditions of Release for terms).
[ ] Detention hearing set for _____ at _____ before Judge _____ in East St. Louis, IL
[ ] Bond    [ ] Continued    [ ] Changed/Amended
[X] Defendant remanded to custody of U.S. Marshal
[ ] Order of Detention previously entered to remain in full force and effect.

Court finds probable cause and orders the defendant detained. Detention and Preliminary hearings waived.
Court finds the defendant knowingly and voluntary signed waivers.

[X] Date of arrest 10/23/2008